IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| LAUREN ASHLEY SMITH,<br><br>Plaintiff,<br><br>vs.<br><br>CHASE JOSEPH RIPLEY, STATE OF MONTANA by and through the CHILD AND FAMILY SERVICES DIVISION OF THE MONTANA DEPARTMENT OF PUBLIC HEALTH AND HUMAN SERVICES, John Does 1-5, and Jane Does 6-10,<br><br>Defendants. | CV 19–173–DLC<br><br><br>ORDER |

Pursuant to the parties' Stipulated Motion to Dismiss with Prejudice (Doc. 29), IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the parties to bear their own costs and fees. IT IS FURTHER ORDERED that all deadlines are VACATED, any pending motions are DENIED as moot, and the jury trial set for May 17, 2021 is VACATED.

DATED this 20th day of October, 2020.

_____
Dana L. Christensen, District Judge
United States District Court